UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CINDY MCGOUGH, as Personal
Representative of the Estate of Herman B.
Tucker, deceased,

                Plaintiff,

-vs-                                        Case No.  5:06-cv-364-Oc-10GRJ

MARION COUNTY, ED DEAN, individually
and in his official capacity as Sheriff of
Marion County, FRED LATOREE,
individually and in his official capacity,
PAUL LAXTON, individually and in his
official capacity, KEVIN DAHMEN,
individually and in his official capacity,
PRISON HEALTH SERVICES, a foreign
corporation, JOHNNIE GALLEMORE,
DENISE FOX, DANA EWELL, ANTENEH
ADDISU, AARON SCROGGINS, ALBERT
WILLISON, MARION COUNTY SHERIFF'S
OFFICE,

                Defendants.
_____

**O R D E R**

Upon due consideration, the Plaintiff's Motion to Remand, (Doc. 178), is DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 21st day of May, 2008.

                                                            UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record